IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ANDREA Y. BOWEN, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | NO. |
|  | ) | JURY DEMAND |
| WAL-MART STORES EAST, LP, d/b/a | ) |  |
| WALMART MADISON NEIGHBORHOOD | ) |  |
| MARKET, STORE #5107, and/or WALMART | ) |  |
| INC. d/b/a WALMART MADISON | ) |  |
| NEIGHBORHOOD MARKET, STORE #5107 | ) |  |
| and JOHN DOE, individually and as an | ) |  |
| employee of WAL-MART STORES EAST, LP, | ) |  |
| and WALMART, INC., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**NOTICE OF REMOVAL**

Defendant Wal-Mart Stores East, L.P.[1] hereby gives Notice of the removal pursuant to 28 U.S.C. § 1441 et. seq., of the following action filed against it: Andrea Y. Bowen v. Wal-Mart Stores East, LP, d/b/a Walmart Madison Neighborhood Market, Store #5107, and/or Walmart Inc. d/b/a Walmart Madison Neighborhood Market, Store #5107 and John Doe, individually and as an employee of Wal-Mart Stores East, LP, and Walmart, Inc.; In the Fifth Circuit Court of Davidson County, Tennessee at Nashville; No. 23-C-136. Copies of the summons and complaint are attached as Exhibits A and B, respectively. Plaintiff is a citizen of Davidson County, Tennessee. Defendant Wal-Mart Stores East, L.P. is a Delaware limited partnership with its

---

[1]Wal-Mart Stores East, L.P. owns and operates the subject premises known as Wal-Mart located at 109 Gallatin Pike North, Madison, Tennessee 37115. Therefore, Wal-Mart, Inc. d/b/a Walmart Madison Neighborhood Market, Store #5107 and Walmart, Inc. should be dismissed from this case.

principal place of business in Bentonville, Arkansas. The general partner is WSE Management, LLC, a Delaware limited liability company. The limited partner is WSE Investment, LLC, a Delaware limited liability company. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores, East, LLC fka Wal-Mart Stores East, Inc.,[2] an Arkansas limited liability company. The sole member of Wal-Mart Stores, East, LLC is Walmart Inc. fka Wal-Mart Stores, Inc., a Delaware corporation. The principle place of business for all entities mentioned is 702 S.W. 8th Street, Bentonville, Arkansas 72716.

Jurisdiction is conferred under 28 U.S.C. § 1332 relating to diversity of citizenship of the parties. The parties are citizens of different states. Plaintiff seeks $250,000 in damages, which is in excess of the federal jurisdictional requisite.

Plaintiff's complaint was filed on January 19, 2023. Wal-Mart was served on January 26, 2023. It has been less than thirty (30) days since Wal-Mart was served the summons and complaint. This Notice of Removal is timely filed as set forth in 28 U.S.C. § 1446(b).

**WHEREFORE**, Wal-Mart hereby gives Notice of the removal of this action pending in the Fifth Circuit Court for Davidson County, Tennessee, to the United States District Court for the Middle District of Tennessee, Nashville Division, and requests that the proceedings be held thereon.

---

[2] Wal-Mart Stores East, Inc. was converted to an Arkansas limited liability company on January 25, 2011.

s/ Greg Callaway
Greg Callaway, No. 18575
Howell & Fisher, PLLC
3310 West End Avenue, Suite 550
Nashville, TN  37203
Direct: (615) 921-5226
Office: (615) 244-3370
Fax:     (615) 244-3518
Email: gcallaway@howell-fisher.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via U.S. Mail upon Chadwick W. Stanfill, 810 Dominican Drive, Nashville, TN 37228; on this 20th day of February, 2023.

s/ Greg Callaway

W:\GWC\Bowen.Andrea\Notice of Removal.wpd