IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ANDREA Y. BOWEN,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | NO. 3:23-cv-00152 |
| ) | Judge Campbell |
| ) | Magistrate Judge Frensley |
| **WAL-MART STORES EAST, LP, d/b/a** ) | |
| **WALMART MADISON NEIGHBORHOOD** ) | |
| **MARKET, STORE #5107, and/or WALMART** ) | |
| **INC. d/b/a WALMART MADISON** ) | |
| **NEIGHBORHOOD MARKET, STORE #5107** ) | |
| **and JOHN DOE, individually and as an** ) | |
| **employee of WAL-MART STORES EAST, LP,** ) | |
| **and WALMART, INC.,** ) | |
| ) | |
|     **Defendants.** ) | |

## AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE

It appears to the Court that the parties have filed a joint Motion for dismissal with prejudice since all matters in controversy have been compromised and settled. Further, plaintiff and plaintiff's counsel represent, by plaintiff's counsel signature below, that they have or will comply with all requirements of T.C.A. § 71-5-117 regarding TennCare and Medicare, that plaintiff has no child support liens or arrearages outstanding or currently owed, and that all liens, of any type or kind, including, but not limited to, Cigna Insurance, Conduent, Progressive Insurance Company, TennCare and/or Medicare will be satisfied by plaintiff from the settlement proceeds as required by law.

Based upon the foregoing, the parties' joint Motion for dismissal with prejudice is hereby granted.

1

It is therefore **ORDERED, ADJUDGED AND DECREED** that any and all claims are hereby dismissed with prejudice.

**IT IS SO ORDERED** this  1st  day of November, 2023.

_____
UNITED STATES DISTRICT COURT
JUDGE WILLIAM L. CAMPBELL, JR.

**APPROVED FOR ENTRY:**

| | |
|---|---|
| s/ Greg Callaway | s/ Chadwick W. Stanfill by Greg Callaway |
| Greg Callaway, No. 18575 | with express permission granted 10-31-2023 |
| HOWELL & FISHER, PLLC | Chadwick W. Stanfill, No. 021706 |
| 3310 West End Avenue, Suite 550 | 810 Dominican Drive |
| Nashville, TN 37203 | Nashville, TN 37228 |
| Direct: (615) 921-5226 | TEL: 615-206-7779 |
| Office: (615) 244-3370 | FAX: 615-922-3738 |
| Fax: (615) 244-3518 | EMAIL: chad@stanfilllaw.com |
| Email: gcallaway@howell-fisher.com | Attorney for Plaintiff |
| Attorney for Defendants | |

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via ECF upon Chadwick W. Stanfill, 810 Dominican Drive, Nashville, TN 37228; on this 31st day of October, 2023.

s/ Greg Callaway